IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **LOCAL UNION NO. 124 IBEW PENSION TRUST FUND, et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:18-cv-00221-BCW |
| **Lan-Tel Communications Services, Inc.,** | ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 3, 2018, the **original** of *Plaintiffs' First Request for Admissions to Defendant* were sent by U.S. Mail, postage prepaid, to: Eric Roby, MCELLIGOTT EWAN & HALL, 233 W. Walnut, Independence, MO 64050, Attorney for Defendant. An original of this *Certificate of Service* was mailed to Mr. Roby on December 12, 2018.

ARNOLD, NEWBOLD, WINTER & JACKSON, P.C.

*/s/ John J. Westerhaus*
John J. Westerhaus
MO Bar No. 65266 / W.D. MO Bar No. KS-000931
1100 Main Street, Suite 2001
Kansas City, Missouri 64105
Telephone: (816) 421-5788
Facsimile: (816) 471-5574
Email: jjwesterhaus@anwjpc.com
*Attorneys for Plaintiffs*