**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **LOCAL UNION NO. 124 I.B.E.W. PENSION** | ) | |
| **TRUST FUND, a Trust Fund, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **VS.** | ) | |
| | ) | **Case No. 4:18cv-00221-BCW** |
| **LAN-TEL COMMUNICATIONS** | ) | |
| **SERVICES, INC., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TO ANSWER PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS

COMES NOW Defendant Lan-Tel Communications Services, Inc., by and through their attorney of record, Eric Roby, and respectfully requests that this Court grant them an extension of time, up to and including January 10, 2019, to respond to Plaintiffs' First Request for Admissions. Suggestions in support of this Motion are set forth below:

1.      Plaintiffs mailed their First Request for Admissions to counsel for Defendants on December 3, 2018.

2.      Due to the holiday schedule, counsel has bee unable to complete Defendant's formal responses.

3.      Defendant respectfully request that they be granted an extension up to and including January 10, 2019 to file their response to Plaintiffs' First Request for Admissions.

WHEREFORE, Defendant prays that this Court grant him an extension of time, up to and including January 10, 2019, to respond to Plaintiffs' First Request for Admissions and for any other relief the Court deems just and proper.

1

MCELLIGOTT EWAN & HALL
A Professional Corporation

_____

ERIC ROBY – No. 56582
233 West Walnut
Independence, Missouri 64050
TEL: (816) 833-1222; FAX: (816) 836-2437
Eric.Roby@mehkpclaw.com
ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of January, 2019, a copy of the above and foregoing

was served via the Courts Electronic Notification system to all parties of record:

_____