IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

LOCAL UNION NO. 124 IBEW PENSION )
TRUST FUND, et al., )
)
                   Plaintiffs, )
v. )   **No. 4:18-cv-00221-BCW**
)
LAN-TEL COMMUNICATIONS SERVICES, INC., )
)
                   Defendant. )

## **PLAINTIFFS' DESIGNATION OF EXHIBITS**

COME NOW Plaintiffs, by and through their attorneys of record, and submits its Exhibit List for Trial as follows:

A. *Letter of Assent* stipulation effectively dated May 9, 2011, signed by Scott Niemeyer on behalf of Defendant Lan-Tel Communications Services ("Lan-Tel"). (2 pages)

B. Missouri Voice, Data, Video/Security Agreement between Local Unions #1, #95, #124, #257, #350, #453 and #545 of the International Brotherhood of Electrical Workers and the St. Louis and Kansas City Chapters of the National Electrical Contractors Association effective 3/1/10. (71 pages)

C. Missouri Voice, Data, Video/Security Agreement Addendum for Local Union No. 124 IBEW and Kansas City Chapter, NECA/Effective 5/30/11 – 5/31/13. (34 pages)

D. Missouri Voice, Data, Video/Security Agreement Addendum for Local Union No. 124, IBEW and Kansas City Chapter, NECA/Effective 9/1/13 – 8/28/16. (33 pages)

E. Missouri Voice, Data, Video/Security Agreement Addendum for Local Union No. 124, IBEW and Kansas City Chapter, NECA/Effective 12/26/16 – 11/27/2019. (36 pages)

F. Audit Comments and Variances of Lan-Tel prepared by Construction Benefits Audit Corporation for the period July 1, 2014 through June 30, 2018. (12 pages)

G. Agreement and Declaration of Trust of the Local Union No. 124 IBEW Pension Trust Fund with Amendments 1-3. (26 pages)

H. Agreement and Declaration of Trust of the Local Union No. 124 IBEW- NECA Annuity and 401(k) Trust Fund with Amendment 1. (23 pages)

I. Agreement and Declaration of Trust of the IBEW Local Union No. 124 Health and Welfare Fund. (22 pages)

J. Agreement and Declaration of Trust of the Local Union No. 124 IBEW Vacation & Holiday Trust Fund. (29 pages)

K. First Revised and Restated Agreement and Declaration of Trust of the Electrical Joint Apprenticeship and Training Trust Fund. (35 pages)

L. Restated Employees Benefit Agreement and Trust for the National Electrical Benefit Fund dated January 1, 1998. (17 pages)

M. Local Union No. 124 International Brotherhood of Electrical Workers and Kansas City Chapter, National Electrical Contractors Association, Inc. Labor-Management Cooperation Trust Agreement with Amendments 1-2. (18 pages)

N. Local Union No. 124 IBEW Pension Trust Fund - Resolution Regarding Liquidated Damages and Interest Assessments. (5 pages)

O. Local Union No. 124 IBEW –NECA Annuity and 401(k) Trust Fund -Resolution Regarding Liquidated Damages and Interest Assessments. (5 pages)

P. IBEW Local Union No. 124 Health and Welfare Fund - Resolution Regarding Liquidated Damages and Interest Assessments. (5 pages)

Q. Local Union No. 124 IBEW Vacation & Holiday Trust Fund - Resolution Regarding Liquidated Damages and Interest Assessments. (5 pages)

R. Electrical Joint Apprenticeship and Training Trust Fund - Resolution Regarding Liquidated Damages and Interest Assessments. (5 pages)

S. Remittance Reports prepared by Lan-Tel for the months of July 2014 through June 2018. (Approx. 100 pages)

T. Plaintiffs First Request for Admissions to Lan-Tel dated December 3, 2018. (59 pages)

Respectfully Submitted,

ARNOLD, NEWBOLD, SOLLARS & HOLLINS, P.C.

*/s/ John J. Westerhaus*
John J. Westerhaus, No. 65266
1100 Main Street, Suite 2001
Kansas City, Missouri 64105
Telephone: 816-421-5788
Facsimile: 816-471-5574
*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Mr. Eric Roby, McElligott, Ewan, Hall & Kimminau, P.C., Attorney for Defendant.

                                            */s/ John J. Westerhaus*
                                            John J. Westerhaus