IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LOCAL UNION NO. 124 IBEW PENSION TRUST FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 4:18-CV-00221-BCW |
| LAN-TEL COMMUNICATIONS SERVICES, INC., | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL ACTION

__X__ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

IT IS ORDERED AND ADJUDGED, Plaintiffs' Motion for Summary Judgment (Doc. #19) is GRANTED, consistent with the orders entered by the Honorable Brian C. Wimes this date.

AT THE DIRECTION OF THE COURT

June 18, 2019  /s/Paige Wymore-Wynn
Dated  Court Executive

June 18, 2019  By: Joella Baldwin
Entered  Deputy Clerk