## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **LOCAL UNION NO. 124 I.B.E.W. PENSION TRUST FUND, a Trust Fund,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | Case No: **4:18-cv-00221-BCW** |
| LAN-TEL COMMUNICATIONS SERVICES, INC., | ) ) ) | |
| **and** | ) ) | |
| **LAN-TEL COMMUNICATIONS SERVICES, INC. d/b/a UNIVERSAL SECURITY GROUP** | ) ) ) | |
| **Defendants.** | ) ) | |

## <u>AFFIDAVIT OF SCOTT NIEMEYER</u>

I, Scott Niemeyer, being duly sworn, do hereby state as follows:

1. I am of legal age and of sound mind and body and otherwise capable of making this affidavit.

2. The facts set forth below are based on my personal knowledge and are true to the best of my information, knowledge, and belief.

3. I am the Vice President of Lan-Tel Communications Services, Inc.

4. In such capacity, I oversee and manage the operations of Lan-Tel Communications Services, Inc. In that capacity, I have access to and can review employee rosters and other related information. I was also one of the main points of contact for Eric Roby, our prior attorney and former Registered Agent.

5. Our prior attorney, Eric Roby, never informed me or any other individual or officer of Lan-Tel of Requests for Admissions or any other discovery requests in this matter. In fact, prior to learning there was a mediation in November of 2018 to meet with the Plaintiffs to discuss a possible resolution, we were unaware that the above-referenced lawsuit had even been filed. And, after that meeting did not result in a resolution, I was believed Mr. Roby was waiting on additional information from Plaintiffs to further discuss a resolution. The next I heard of this matter was after we received a garnishment on Lan-Tel's bank account. I later learned that Mr. Roby had apparently expressed to counsel for the Plaintiffs that he expected Lan-Tel to sign a settlement

EXHIBIT

1

ENSZ & JESTER, P.C.

agreement. However, no settlement agreement was discussed or presented to Lan-Tel for consideration by Mr. Roby.

6. After we obtained Ensz & Jester, P.C. to take over our representation, we learned of another case, *Construction Industry Laborers Pension Fund, et al. v. Lan-Tel Communications Services, Inc.* Case No. 4:19-cv-00276-FJG (W.D. Mo.), in which a summary judgment motion had been filed despite Lan-Tel never being informed of the existence of the lawsuit. There were also several state-court lawsuits where Mr. Roby was served as our Registered Agent, but which default judgment was entered because we were not made aware of the suits.

7. In the case of *Moritz v. Lan-Tel Communications Services, Inc.*, while Ms. Moritz had made a pursuit claim, Mr. Roby failed to inform us that the lawsuit had been filed. Thereafter, he apparently agreed to settle the case with the Plaintiff without any authority from Lan-Tel to do so. I first learned of the suit when we were served with a garnishment that I later learned included not only the amount Mr. Roby agreed to settle the case for, but a larger amount for the Plaintiff's attorney fees in having to enforce the settlement because it was never paid.

8. I have reviewed the personnel and employment files of Mr. Shepard and Lan-Tel does not have any information demonstrating that Mr. Shepard had a BICSI Certification during the time frame in CBAC's audit in this matter.

9. Sean McBee, William Lambert, and John Clark were project managers/estimators during the time period of CBAC's audit. As project managers, they did not perform tasks covered by the collective bargaining agreement for the International Brotherhood of Electrical Workers.

10. Attached to this Affidavit as Exhibit 1–A are copies of documents showing reimbursements to various employees. It is my understanding that CBAC included these amounts as "wages" paid to these individuals in its audit when, instead, they were reimbursements.

11. In the early part of 2017, Lan-Tel was engaged in negotiations with Universal Technologies to purchase Universal Technologies. During that time, Universal Technologies was having trouble making its payroll. Lan-Tel agreed to loan the funds so that Universal Technologies could meet its payroll and Lan-Tel paid Universal Technologies' employees directly due to University Technologies bank accounts being overdrawn and having funds witheld. This occurred in March and April 2017. However, these individuals were never Lan-Tel's employees. Lan-Tel decided not to proceed with the purchase of Universal Technologies but did decide to hire many of its employees as of May 2017 after Lan-Tel called the union hall for workers and the union hall sent previous Universal Technologies workers.

12. While I cannot recall every attempt or effort I made to obtain information from Mr. Roby about this and other litigation I knew about, I did inquire with him about the status of the files Lan-Tel had with him on multiple occasions.

FURTHER AFFIANT SAYETH NAUGHT.

Scott Niemeyer

STATE OF Missouri )
)
COUNTY OF Jackson )

Subscribed and sworn to before me this _19_ day of _February_ , 20_20_.

Monique Jeanette Volland
Notary Public

My Commission Expires: January 7, 2022

MONIQUE JEANETTE VOLLAND
My Commission Expires
January 7, 2022
Jackson County
Commission #18565478

3

| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53882 | 07/21/17 | ANDREW/ | ANDREW ANDRADE | | | | | | |
| | | | | 26732 | 5/16-5/22 | 796.00 | 0.00 | 052217as | 05/23/17 |
| | | | | 27278 | 5/16-5/22 | -796.00 | 0.00 | 052217 AS | 05/23/17 |
| | Standard Check | | | | Check Amount | 0.00 | 0.00 | | |
| | | | | | Account Totals | 0.00 | 0.00 | | |

**EXHIBIT**

**1-A**

ENNIS & ENNIS, P.C.

A/P Check Register



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 54481 | 10/03/17 | SCOTT ME | Scott Mergell | | | | | | |
| | | | | 28953 | reim. DSX card readers | 866.10 | 0.00 | 100317 SM | 10/03/17 |
| | Standard Check | | | | Check Amount | 866.10 | 0.00 | | |
| 54575 | 10/16/17 | SCOTT ME | Scott Mergell | | | | | | |
| | | | | 29207 | As Builts - 24 hours | 865.44 | 0.00 | 101517 SM | 10/16/17 |
| | Standard Check | | | | Check Amount | 865.44 | 0.00 | | |
| | | | | | Account Totals | 1,731.54 | 0.00 | | |

**Lan-Tel Communications, Inc.**

**A/P Check Register**



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 54181 | 08/25/17 | ROBERTS | Robert Smith | | | | | | |
| | | | | 28384 | reim. | 270.38 | 0.00 | 082417 RS | 08/25/17 |
| Standard Check | | | | | Check Amount | 270.38 | 0.00 | | |
| | | | | | Account Totals | 270.38 | 0.00 | | |



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53555 | 06/08/17 | MICHAELł | Michael Kemper | | | | | | |
| | | | | 26998 | Reimbursement | 263.88 | 0.00 | 060217-mk | 06/02/17 |
| | Standard Check | | | | Check Amount | 263.88 | 0.00 | | |
| | | | | | **Account Totals** | 263.88 | 0.00 | | |



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53378 | 05/10/17 | MICHAELł | Michael Kemper | | | | | | |
| | | | | 26586 | Reimbursement | 243.66 | 0.00 | 051017-mkrei | 05/10/17 |
| | Standard Check | | | | Check Amount | 243.66 | 0.00 | | |
| | | | | | Account Totals | 243.66 | 0.00 | | |

**A/P Check Register**



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53611 | 06/13/17 | ERICPYLE | Eric Pyle | | | | | | |
| | | | | 27108 | reimbursement | 181.19 | 0.00 | 061217 EP | 06/13/17 |
| | Standard Check | | | | Check Amount | 181.19 | 0.00 | | |
| | | | | | Account Totals | 181.19 | 0.00 | | |



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53341 | 05/03/17 | ERICPYLE | Eric Pyle | | | | | | |
| | | | | 26505 | REIMBURSEMENT | 120.00 | 0.00 | 050417-EPREI | 05/04/17 |
| | Standard Check | | | | Check Amount | 120.00 | 0.00 | | |
| | | | | | Account Totals | 120.00 | 0.00 | | |



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53738 | 07/05/17 | DAMIENSI | Damian Siebenmorgen | | | | | | |
| | | | | 27463 | reimbursement | 327.09 | 0.00 | 070217 DS | 07/02/17 |
| | | | | 27464 | reimbursement | 365.81 | 0.00 | 062517 DS | 06/25/17 |
| | | | | 27465 | reimbursement | 2,041.50 | 0.00 | 070517 DS | 07/05/17 |
| | Standard Check | | | | Check Amount | 2,734.40 | 0.00 | | |
| 53739 | 07/05/17 | DAMIENSI | Damian Siebenmorgen | | | | | | |
| | | | | 27466 | per diem 7/10/17-7/15/17 | 270.00 | 0.00 | 071517 DS | 07/05/17 |
| | Standard Check | | | | Check Amount | 270.00 | 0.00 | | |
| 53871 | 07/20/17 | DAMIENSI | Damian Siebenmorgen | | | | | | |
| | | | | 27607 | reimbursement | 86.60 | 0.00 | 071717 DS | 07/17/17 |
| | Standard Check | | | | Check Amount | 86.60 | 0.00 | | |
| 53948 | 07/28/17 | DAMIENSI | Damian Siebenmorgen | | | | | | |
| | | | | 27903 | reimbursement - Home Depo | 71.88 | 0.00 | 072517 DS | 07/25/17 |
| | Standard Check | | | | Check Amount | 71.88 | 0.00 | | |
| 53969 | 07/31/17 | DAMIENSI | Damian Siebenmorgen | | | | | | |
| | | | | 27929 | reimbursement | 82.83 | 0.00 | 073117 DS | 07/31/17 |
| | Standard Check | | | | Check Amount | 82.83 | 0.00 | | |
| | | | | | Account Totals | 3,245.71 | 0.00 | | |

| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53610 | 06/13/17 | DAMIENSI | Damian Siebenmorgen | | | | | | |
| | | | | 27105 | reimbursement | 2,421.02 | 0.00 | 053017 DS | 06/13/17 |
| | | | | 27106 | reimbursement | 170.58 | 0.00 | 060917 DS | 06/13/17 |
| | Standard Check | | | | Check Amount | 2,591.60 | 0.00 | | |
| 53680 | 06/19/17 | DAMIENSI | Damian Siebenmorgen | | | | | | |
| | | | | 27230 | reimbursement | 2,858.42 | 0.00 | 061517 DS | 06/15/17 |
| | Standard Check | | | | Check Amount | 2,858.42 | 0.00 | | |
| 53682 | 06/21/17 | DAMIENSI | Damian Siebenmorgen | | | | | | |
| | | | | 27271 | reimbursement | 618.92 | 0.00 | 062117 DS | 06/21/17 |
| | Standard Check | | | | Check Amount | 618.92 | 0.00 | | |
| | | | | | Account Totals | 6,068.94 | 0.00 | | |



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53372 | 05/09/17 | DAMIENSI | Damian Siebenmorgen | | | | | | |
| | | | | 26579 | Reimbursement | 122.38 | 0.00 | 050217-dsrei | 05/02/17 |
| | Standard Check | | | | Check Amount | 122.38 | 0.00 | | |
| 53429 | 05/18/17 | DAMIENSI | Damian Siebenmorgen | | | | | | |
| | | | | 26648 | Reimbursement | 93.56 | 0.00 | 051717-dsrei | 05/17/17 |
| | Standard Check | | | | Check Amount | 93.56 | 0.00 | | |
| 53459 | 05/22/17 | DAMIENSI | Damian Siebenmorgen | | | | | | |
| | | | | 26728 | Reimbursement | 2,930.00 | 0.00 | 051917-dsrei | 05/19/17 |
| | Standard Check | | | | Check Amount | 2,930.00 | 0.00 | | |
| | | | | | **Account Totals** | 3,145.94 | 0.00 | | |

| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53798 | 07/07/17 | MICHAELF | Michael Paque | | | | | | |
| | | | | 27511 | reimbursement | 65.68 | 0.00 | 070217 MP | 07/02/17 |
| | Standard Check | | | | Check Amount | 65.68 | 0.00 | | |
| 53799 | 07/07/17 | MICHAELF | Michael Paque | | | | | | |
| | | | | 27521 | reimbursement | 162.92 | 0.00 | 062317 MP | 06/23/17 |
| | Standard Check | | | | Check Amount | 162.92 | 0.00 | | |
| 53874 | 07/20/17 | MICHAELF | Michael Paque | | | | | | |
| | | | | 27608 | reimbursement | 105.38 | 0.00 | 071717 MP | 07/17/17 |
| | Standard Check | | | | Check Amount | 105.38 | 0.00 | | |
| 53915 | 07/24/17 | MICHAELF | Michael Paque | | | | | | |
| | | | | 27735 | reimbursement - Home Depo | 62.09 | 0.00 | 072017 - MP | 07/20/17 |
| | Standard Check | | | | Check Amount | 62.09 | 0.00 | | |
| | | | | | Account Totals | 396.07 | 0.00 | | |

**Lan-Tel Communications, Inc.**

A/P Check Register



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53612 | 06/13/17 | MICHAELF | Michael Paque | | | | | | |
| | | | | 27109 | reimbursement | 56.33 | 0.00 | 061217 MP | 06/13/17 |
| | Standard Check | | | | Check Amount | 56.33 | 0.00 | | |
| | | | | | Account Totals | 56.33 | 0.00 | | |

A/P Check Register



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53412 | 05/15/17 | MICHAELF | Michael Paque | | | | | | |
| | | | | 26619 | reimbursement | 535.82 | 0.00 | 051517 - MP | 05/15/17 |
| | Standard Check | | | | Check Amount | 535.82 | 0.00 | | |
| | | | | | Account Totals | 535.82 | 0.00 | | |

Lan-Tel Communications, Inc.

A/P Check Register



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53983 | 08/03/17 | JOHNCLA | John Clark | | | | | | |
| | | | | 27961 | reimbursement | 220.81 | 0.00 | 080317 JC | 08/03/17 |
| | Standard Check | | | | Check Amount | 220.81 | 0.00 | | |
| | | | | | Account Totals | 220.81 | 0.00 | | |



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53873 | 07/20/17 | JOHNCLA| | John Clark | | | | | | |
| | | | | 27606 | reimbursement | 1,575.25 | 0.00 | 071217 JC | 07/12/17 |
| | Standard Check | | | | Check Amount | 1,575.25 | 0.00 | | |
| | | | | | Account Totals | 1,575.25 | 0.00 | | |

**Lan-Tel Communications, Inc.**

**A/P Check Register**



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53683 | 06/22/17 | JOHNCLA | John Clark | | | | | | |
| | | | | 27273 | Reimbursement | 986.52 | 0.00 | 062217 JC | 06/22/17 |
| | Standard Check | | | | Check Amount | 986.52 | 0.00 | | |
| | | | | | **Account Totals** | 986.52 | 0.00 | | |



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53455 | 05/22/17 | JOHNCLA | John Clark | | | | | | |
| | | | | 26710 | Reimbursement | 142.46 | 0.00 | 051917-jcrei | 05/19/17 |
| | Standard Check | | | | Check Amount | 142.46 | 0.00 | | |
| | | | | | Account Totals | 142.46 | 0.00 | | |

**Lan-Tel Communications, Inc.**

A/P Check Register



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 56166 | 06/18/18 | WILLY LAI | William S Lambert | | | | | | |
| | | | | 32355 | Material Reimbursement/Tur | 750.00 | 0.00 | 06182018 | 06/18/18 |
| | Standard Check | | | | Check Amount | 750.00 | 0.00 | | |
| | | | | | **Account Totals** | 750.00 | 0.00 | | |

| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 55889 | 04/24/18 | WILLY LAI | William S Lambert | | | | | | |
| | | | | 31744 | Per Diem 4 nights 4/26-4/30 | 140.00 | 0.00 | 04262018 WL | 04/24/18 |
| | Standard Check | | | | Check Amount | 140.00 | 0.00 | | |
| 56009 | 04/18/18 | WILLY LAI | William S Lambert | | | | | | |
| | | | | 31672 | WL04/18/2018 | 3,991.40 | 0.00 | WL04/18/2018 | 04/18/18 |
| | Standard Check | | | | Check Amount | 3,991.40 | 0.00 | | |
| | | | | | Account Totals | 4,131.40 | 0.00 | | |

Lan-Tel Communications, Inc.

A/P Check Register



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 54740 | 11/03/17 | WILLY LAN | William S Lambert | | | | | | |
| | | | | 29435 | per diem | 2,663.48 | 0.00 | 110317 WL | 11/03/17 |
| | Standard Check | | | | Check Amount | 2,663.48 | 0.00 | | |
| 54772 | 11/07/17 | WILLY LAN | William S Lambert | | | | | | |
| | | | | 29543 | reim. - tolls | 34.55 | 0.00 | 110717 WL | 11/07/17 |
| | Standard Check | | | | Check Amount | 34.55 | 0.00 | | |
| | | | | | Account Totals | 2,698.03 | 0.00 | | |

**Lan-Tel Communications, Inc.**

**A/P Check Register**



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 54082 | 08/11/17 | WILLY LAI | William S Lambert | | | | | | |
| | | | | 28152 | | 1,032.49 | 0.00 | Q1 REIM | 08/11/17 |
| | Standard Check | | | | Check Amount | 1,032.49 | 0.00 | | |
| 54135 | 08/18/17 | WILLY LAI | William S Lambert | | | | | | |
| | | | | 28269 | eclipse glasses | 135.75 | 0.00 | 081817 WL | 08/18/17 |
| | Standard Check | | | | Check Amount | 135.75 | 0.00 | | |
| | | | | | Account Totals | 1,168.24 | 0.00 | | |

| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 53418 | 05/17/17 | WILLY LAN | William S Lambert | | | | | | |
| | | | | 26641 | per diem 1 night 5/16 | 25.00 | 0.00 | 051617-wl | 05/16/17 |
| | Standard Check | | | | Check Amount | 25.00 | 0.00 | | |
| 53463 | 05/26/17 | WILLY LAN | William S Lambert | | | | | | |
| | | | | 26766 | per diem 5 nights 5/26-5/31 | 125.00 | 0.00 | 052617-wl | 05/26/17 |
| | Standard Check | | | | Check Amount | 125.00 | 0.00 | | |
| 53479 | 05/26/17 | WILLY LAN | William S Lambert | | | | | | |
| | | | | 26818 | 4Q16-MatReim | 2,603.05 | 0.00 | 121516-wl | 12/15/16 |
| | Standard Check | | | | Check Amount | 2,603.05 | 0.00 | | |
| | | | | | Account Totals | 2,753.05 | 0.00 | | |

**Lan-Tel Communications, Inc.**

**A/P Check Register**

█████████████

| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 52357 | 10/24/16 | WILLY LAI | William S Lambert | | | | | | |
| | | | | 24237 | Material Reimbursement | 500.00 | 0.00 | 1016-Dept8 | 10/24/16 |
| | Standard Check | | | | Check Amount | 500.00 | 0.00 | | |
| | | | | | **Account Totals** | 500.00 | 0.00 | | |

Lan-Tel Communications, Inc.

A/P Check Register



| Chk/Pymt Ref No | Check Date | Vendor Number | Vendor Name | Invoice Trx No | Joint Name Description | Payment | Discount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 51683 | 07/08/16 | WILLY LAI | William S Lambert | | | | | | |
| | | | | 22712 | Reimbursement | 500.00 | 0.00 | 070216-wlrei | 07/02/16 |
| | Standard Check | | | | Check Amount | 500.00 | 0.00 | | |
| | | | | | Account Totals | 500.00 | 0.00 | | |