

# REFERRAL NOTICE - IBEW LOCAL 124

301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE:  5/8/2017

JOB # 12578

**Morrison, Steven P.**          **VDVS TECHNICIAN**

CONTRACTOR:  **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:

REPORT TO:  SHOP

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY GROUP.

CONDITIONS:

SKILLS:

5/8/17 9:01:22 AM

**EMPLOYER COPY**

_____

**(REFERRAL AGENT)**

EXHIBIT

**4**

Installer Tech-19

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being perfomed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) Steven P. Morrison      SSN █████████

SIGNATURE      DATE 5/8/17

### AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

### LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **Steven P. Morrison**      SS# █████████

SIGNATURE      DATE 5/8/17

## AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union. This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

Name Steven P. Morrison      Soc. Sec. No.: █████████

Home Address: █████████      Phone █████████

City: BLUE SPRINGS      State: MO      Zip: 64015

5/8/17
Date of Authorization      Signature



# REFERRAL NOTICE - IBEW LOCAL 124
301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE:   5/8/2017

JOB # 12578

**Lewis, Craig A.**                    **VDVS TECHNICIAN**

CONTRACTOR:   **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:                    ,

REPORT TO:   SHOP                    -

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY
GROUP.

CONDITIONS:

SKILLS:

5/8/17 9:03:51 AM

**EMPLOYER COPY**

_____

**(REFERRAL AGENT)**

WORKING DUES DEDUCTION AUTHORIZATION *Master Tech*

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being perfomed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) Craig A. Lewis          SSN ▓▓▓▓▓▓▓▓

SIGNATURE *Craig Lewis*          DATE 5/08/2017

AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **Craig A. Lewis**          SS# ▓▓▓▓▓▓▓▓

SIGNATURE          DATE

## AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union. This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

Name  Craig A. Lewis          Soc. Sec. No.: ▓▓▓▓▓▓▓▓

Home Address: ▓▓▓▓▓▓▓▓          Phone ▓▓▓▓▓▓▓▓

City: ODESSA          State: MO          Zip: 64076

5/08/2017
Date of Authorization          *Craig Lewis*
                                Signature



# REFERRAL NOTICE - IBEW LOCAL 124
### 301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE: 5/8/2017

JOB # 12578

**Hagen, Chris A.**      **VDVS TECHNICIAN**

CONTRACTOR: **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:

REPORT TO: SHOP

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY GROUP.

CONDITIONS:

SKILLS:

5/8/17 9:05:20 AM
**EMPLOYER COPY**

_____

**(REFERRAL AGENT)**

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being perfomed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) Chris A. Hagen          SSN █████████

SIGNATURE _____          DATE 5-8-17

AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **Chris A. Hagen**          SS# ██████████

SIGNATURE _____          DATE 5-8-17

## AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union. This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

Name Chris A. Hagen          Soc. Sec. No.: ██████████

Home Address: ██████████          Phone ██████████

City: ST. JOSEPH          State: MO          Zip: 64506

5-8-17
Date of Authorization          Signature



# REFERRAL NOTICE - IBEW LOCAL 124

301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE: 5/8/2017

JOB # 12578

**Diggs, Thomas A.**　　　　**VDVS TECHNICIAN**

CONTRACTOR: **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:　　　　　,

REPORT TO: SHOP　　　　　　　-

SPECIAL INSTRUCTIONS:BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY
GROUP.

CONDITIONS:

SKILLS:

5/8/17 9:02:36 AM

**EMPLOYER COPY**

_____

**(REFERRAL AGENT)**

WORKING DUES DEDUCTION AUTHORIZATION  *Installer Tech-18*

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being perfomed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) _Thomas A. Diggs_      SSN _____

SIGNATURE _____      DATE _8 May 2017_

AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **Thomas A. Diggs**      SS# ▮▮▮▮▮▮

SIGNATURE _____      DATE _8 May 2017_

## AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union. This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

Name _Thomas A. Diggs_      Soc. Sec. No.: ▮▮▮▮▮

Home Address: ▮▮▮▮▮▮      Phone: ▮▮▮▮▮

City: _KANSAS CITY_      State: _MO_      Zip: _64132_

_8 May 2017_
Date of Authorization      Signature



# REFERRAL NOTICE - IBEW LOCAL 124
301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE: 5/8/2017
JOB # 12578

**Ferguson, Craig W.**           **VDVS TECHNICIAN**

CONTRACTOR: **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:

REPORT TO: SHOP

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY GROUP.

CONDITIONS:

SKILLS:

5/8/17 9:06:00 AM
**EMPLOYER COPY**

_____
**(REFERRAL AGENT)**

WORKING DUES DEDUCTION AUTHORIZATION *Level 2 Installer*

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being perfomed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) __Craig W. Ferguson__     SSN <span style="background:black">     </span>

SIGNATURE _Craig W. Ferguson_     DATE __5-9-17__

AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct  UNIVERSAL SECURITY GROUP  to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **Craig W. Ferguson**     SS# <span style="background:black">     </span>

SIGNATURE _____     DATE _____

## AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union. This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

**Name**   Craig W. Ferguson     **Soc. Sec. No.:** <span style="background:black">     </span>

**Home Address:** <span style="background:black">     </span>     **Phone:** <span style="background:black">     </span>

**City:** INDEPENDENCE     **State:** MO     **Zip:** 64056

_5/9/17_
Date of Authorization          _Craig W. Ferguson_
                                 Signature



# REFERRAL NOTICE - IBEW LOCAL 124

301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE: 5/8/2017

JOB # 12578

**Kemper, Mike A.**          **VDVS TECHNICIAN**

CONTRACTOR: **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:                    ,

REPORT TO:  SHOP                         -

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY
GROUP.

CONDITIONS:

SKILLS:

5/8/17 9:05:40 AM

**EMPLOYER COPY**

_____

**(REFERRAL AGENT)**

WORKING DUES DEDUCTION AUTHORIZATION *Level 2 Installer*

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being perfomed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) __Mike A. Kemper_____ SSN_____

SIGNATURE _____ DATE __5/8/17_____

AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct  UNIVERSAL SECURITY GROUP  to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **Mike A. Kemper**_____ SS# ████████████

SIGNATURE _____ DATE _____

## AUTHORIZATION FOR REPRESENTATION

I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union.  This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

Name __Mike A. Kemper_____     Soc. Sec. No.: ████████████

Home Address: ████████████_____     Phone: _____

City: __GRAIN VALLEY_____   State: MO     Zip: 64029

__5/8/17_____
Date of Authorization                                   Signature



# REFERRAL NOTICE - IBEW LOCAL 124

301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE: 5/8/2017

JOB # 12578

**Long, Ryan A.**          **VDVS TECHNICIAN**

CONTRACTOR: **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:                    ,

REPORT TO:  SHOP                              -

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY GROUP.

CONDITIONS:

SKILLS:

5/8/17 9:02:02 AM

**EMPLOYER COPY**

_____

**(REFERRAL AGENT)**

WORKING DUES DEDUCTION AUTHORIZATION  *Master Tech*

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being performed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) Ryan A. Long                                   SSN _____

SIGNATURE _____                     DATE  5-8-17


AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct  UNIVERSAL SECURITY GROUP  to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **Ryan A. Long**                                   SS# _____

SIGNATURE _____                     DATE  5-8-17


## AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union. This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

Name  Ryan A. Long                          Soc. Sec. No.: _____

Home Address: _____                          Phone: _____

City:  SHAWNEE                          State: KS                          Zip: 66216

5-8-17
Date of Authorization                                         Signature



# REFERRAL NOTICE - IBEW LOCAL 124
301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE: 05/08/2017

JOB # 12578

**Paque, Michael R.**　　　　**VDVS TECHNICIAN**

CONTRACTOR:　**UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:　　　　,

REPORT TO:　SHOP　　　　　　-

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY GROUP.

CONDITIONS:

SKILLS:

5/8/17 8:43:35 AM

**EMPLOYER COPY**

_____

**(REFERRAL AGENT)**

WORKING DUES DEDUCTION AUTHORIZATION *Master Tech*

6 9 67

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being perfomed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) Michael R. Paque      SSN ███

SIGNATURE _____ DATE 8 MAY 17

AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **Michael R. Paque**      SS# ███████

SIGNATURE _____ DATE _____

## AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union. This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

Name Michael R. Paque      Soc. Sec. No.: ███████

Home Address: ███████      Phone: ███████

City: KANSAS CITY      State: MO      Zip: 64109

8 MAY 2017



# REFERRAL NOTICE - IBEW LOCAL 124
301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE: 5/8/2017
JOB # 12578

**Pyle, Eric R.**                    **VDVS TECHNICIAN**

CONTRACTOR: **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:                    ,

REPORT TO: SHOP                    -

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY
GROUP.


CONDITIONS:
SKILLS:

5/8/17 9:03:06 AM
**EMPLOYER COPY**

_____

**(REFERRAL AGENT)**

WORKING DUES DEDUCTION AUTHORIZATION    Installer Tech-19

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being perfomed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) Eric R. Pyle                                    SSN ███████████

SIGNATURE _____                    DATE 5-8-17

AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **Eric R. Pyle**                              SS# ███████████

SIGNATURE _____                    DATE 5-8-17

## AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union. This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

**Name** Eric R. Pyle                          **Soc. Sec. No.:** ███████████

**Home Address:** ███████████                        **Phone:** ███████████

**City:** KANSAS CITY        **State:** MO        **Zip:** 64133

5-8-17
_____                    _____
Date of Authorization                        Signature



# REFERRAL NOTICE - IBEW LOCAL 124
301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE: 5/8/2017
JOB # 12578

**Robinson, George E.**        **VDVS TECHNICIAN**

CONTRACTOR:   **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:                ,

REPORT TO:  SHOP                        -

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY
GROUP.


CONDITIONS:
SKILLS:

5/8/17 9:00:27 AM
**EMPLOYER COPY**

_____
**(REFERRAL AGENT)**

WORKING DUES DEDUCTION AUTHORIZATION *Master Tech*

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being perfomed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) George E. Robinson          SSN ▉▉▉▉▉

SIGNATURE _____          DATE 5 - 8 - 17

AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **George E. Robinson**          SS# ▉▉▉▉▉

SIGNATURE _____          DATE _____

## AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union. This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

**Name** George E. Robinson          **Soc. Sec. No.:** ▉▉▉▉▉

**Home Address:** ▉▉▉▉▉          **Phone:** ▉▉▉▉▉

**City:** BLUE SPRINGS          **State:** MO          **Zip:** 64015

5 - 8 - 17
_____          _____
Date of Authorization                    Signature



# REFERRAL NOTICE - IBEW LOCAL 124
301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE: 5/8/2017
JOB # 12578

**Siebenmorgen, Damian J.**     **VDVS TECHNICIAN**

CONTRACTOR: **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:

REPORT TO: SHOP

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY GROUP.

CONDITIONS:

SKILLS:

5/8/17 8:58:59 AM
**EMPLOYER COPY**

_____

**(REFERRAL AGENT)**

## WORKING DUES DEDUCTION AUTHORIZATION

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being perfomed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) Damian J. Siebenmorgen      SSN

SIGNATURE      DATE 5-8-17

### AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

### LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct  UNIVERSAL SECURITY GROUP  to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) Damian J. Siebenmorgen      SS#

SIGNATURE      DATE 5-8-17

### AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union.  This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

Name  Damian J. Siebenmorgen      Soc. Sec. No.:

Home Address:      Phone:

City:  INDEPENDENCE      State: MO      Zip: 64058

5-8-17



# REFERRAL NOTICE - IBEW LOCAL 124
301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE:  5/8/2017

JOB # 12578

**Smith, Robert D.**  **VDVS TECHNICIAN**

CONTRACTOR:  **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:  ,

REPORT TO:  SHOP  -

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY GROUP.

CONDITIONS:

SKILLS:

5/8/17 9:04:36 AM

**EMPLOYER COPY**

_____

**(REFERRAL AGENT)**

WORKING DUES DEDUCTION AUTHORIZATION    *Senior Tech*

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being performed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) Robert D. Smith                     SSN █████████

SIGNATURE _____                          DATE 5/8/17

AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **Robert D. Smith**                  SS# █████████

SIGNATURE _____                          DATE 5/8/17

## AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union. This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

**Name** Robert D. Smith                   **Soc. Sec. No.:** █████████

**Home Address:** █████████               **Phone:** _____

**City:** GRAIN VALLEY      **State:** MO       **Zip:** 64029

5/8/17
Date of Authorization                      Signature



# REFERRAL NOTICE - IBEW LOCAL 124
### 301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE: 05/08/2017
JOB # 12578

**Vandruff, Keith A.**          **VDVS TECHNICIAN**

CONTRACTOR: **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:                    ,

REPORT TO:  SHOP                    -

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY
GROUP.


CONDITIONS:

SKILLS:


5/8/17 9:08:22 AM
**EMPLOYER COPY**

_____
**(REFERRAL AGENT)**

WORKING DUES DEDUCTION AUTHORIZATION Installer Tech-19

67.

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being perfomed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) Keith A. Vandrufi                SSN

SIGNATURE                                        DATE  5-8-2017

AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct  UNIVERSAL SECURITY GROUP  to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **Keith A. Vandrufi**              SS#

SIGNATURE                                         DATE  5-8-17

## AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union. This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

Name  Keith A. Vandrufi            Soc. Sec. No.:

**Home Address:**                          Phone:

City:  KANSAS CITY      State: MO      Zip: 64156

5-8-17
_____                    _____
Date of Authorization                      Signature



# REFERRAL NOTICE - IBEW LOCAL 124

301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE: 05/08/2017

JOB # 12578

**Walk, Gregory C.**  **VDVS TECHNICIAN**

CONTRACTOR: **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:                    ,

REPORT TO:   SHOP                              -

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY
GROUP.

CONDITIONS:

SKILLS:

5/8/17 8:55:21 AM
**EMPLOYER COPY**

_____

**(REFERRAL AGENT)**

WORKING DUES DEDUCTION AUTHORIZATION   *Installer Tech-19*

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being performed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) Gregory C. Walk                                    SSN ▮▮▮▮▮

SIGNATURE *Gregory C Walk*                              DATE 5-8-17


AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct  UNIVERSAL SECURITY GROUP  to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **Gregory C. Walk**                         SS# ▮▮▮▮▮

SIGNATURE                                                   DATE


## AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union.  This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

Name  Gregory C. Walk                      Soc. Sec. No.: ▮▮▮▮▮

Home Address: ▮▮▮▮▮                                  Phone ▮▮▮▮▮

City: ADRIAN              State: MO            Zip: 64720

*[signature]*                        5-8-17



# REFERRAL NOTICE - IBEW LOCAL 124
301 EAST 103RD TERRACE, KANSAS, MO 64114

DATE: 05/08/2017
JOB # 12578

**Pierceall, Ryan**                    **VDVS TECHNICIAN**

CONTRACTOR: **UNIVERSAL SECURITY GROUP**

ADDRESS / PHONE:

REPORT TO: SHOP

SPECIAL INSTRUCTIONS: BUSINESS MANAGERS REFERRAL TO LAN-TEL (D.B.A.) UNIVERSAL SECURITY GROUP.

CONDITIONS:

SKILLS:

5/8/17 12:44:20 PM
EMPLOYER COPY

_____
(REFERRAL AGENT)

Case 4:18-cv-00221-BCW   Document 50-4   Filed 02/19/20   Page 29 of 30

WORKING DUES DEDUCTION AUTHORIZATION    Installer Tech-18    67.

I hereby authorize and direct UNIVERSAL SECURITY GROUP to deduct from and pay my working dues in the amount set forth in the Bylaws of Local Union 124, and to pay same to said Local Union in accordance with the terms of the bargaining agreement between the Employer and the Union.

When working outside the jurisdiction of Local Union 124. The Employer is authorized to deduct working dues in the amount set forth in the Bylaws of the Local Union where the work is being perfomed and to pay same to that Local Union.

This authorization is voluntarily made in order to pay my fair share of the Union's cost of representing me for the purposes of collective bargaining, and this authorization is not conditioned on my present or future membership in the Union.

This authorization shall be irrevocable for a period of one year from the date hereof or until the termination date of said agreement, whichever occurs sooner, without regard to whether I am a member of the Union during that period, and I agree that this authorization shall be automatically renewed and irrevocable for successive periods of one year unless revoked, by written notice, submitted in person or by certified mail, to you and the Union within the ten (10) day period prior to the anniversary of this authorization. I understand that under current law the payments covered by this authorization are not deductible as charitable

NAME (printed) __Ryan Pierceall__    SSN ▮▮▮▮▮

SIGNATURE _Ryan Pierceall_    DATE _5·8-17_

AUTHORIZATION FOR DEDUCTIONS OF CONTRIBUTIONS TO

LOCAL 124 VOLUNTARY POLITICAL FUND

I hereby authorize and direct  UNIVERSAL SECURITY GROUP  to deduct from my pay $0.03 per hour and to remit all such sums of money on a monthly basis to the Local 124 Voluntary Political Fund.

This authorization is made freely and voluntarily as a result of my desire to contribute to the Local 124 Voluntary Political Fund to be a significant participant in the democratic process affecting local, state and federal government and to advance the cause of issues and candidates favoring the interests of working people. This voluntary authorization shall be irrevocable for a period of one (1) year from the date hereof and shall be automatically renewed and irrevocable for successive periods of one (1) year unless revoked by written notice to IBEW Local No. 124 and my current employer more than ten (10) days prior to the anniversary of this authorization.

The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

NAME (printed) **Ryan Pierceall**    SS# ▮▮▮▮▮

SIGNATURE _Ryan Pierceall_    DATE _5-8-17_

## AUTHORIZATION FOR REPRESENTATION



I authorize Local Union No. 0124 of the **International Brotherhood of Electrical Workers** to represent me, as my National Labor Relations Act (NLRA) Section 9(a) bargaining representative in collective bargaining with present and future employers on all present and future jobsites within the jurisdiction of the Union.  This Authorization is nonexpiring, binding, and valid until such time as I submit a written revocation.

**Name** _Ryan Pierceall_    Soc. Sec. No.: ▮▮▮▮▮

**Home Address:** ▮▮▮▮▮    **Phone** ▮▮▮▮▮

**City:** _INDEPENDENCE_    **State:** _MO_    **Zip:** _64058_

_5-8-17_    _Ryan Pierceall_
Date of Authorization    Signature